Argued and submitted July 31, 2001, affirmed May 1, 2002

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHN ALLEN WALTERS,
aka JJ Walters,
*Appellant.*

99120245C, 0003231C; A110353 (Control), A110354
(Cases Consolidated)

45 P3d 489

Meredith Allen, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, State Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *State v. Johnston*, 176 Or App 418, 31 P3d 1101 (2001).